```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
    MERCEDES-BENZ USA, LLC,              )
 4                                       )
                    Plaintiff,           )
 5                                       ) Case No. 23 CV 2281
                                         )
 6  -vs-                                 ) Chicago, Illinois
                                         ) October 5, 2023
 7                                       ) 4:59 p.m.
    JP MOTORS, INC.,                     )
 8                                       )
                    Defendant.           )
 9                                       )

10              TRANSCRIPT OF TELEPHONIC PROCEEDINGS
              BEFORE THE HONORABLE THOMAS M. DURKIN
11
    APPEARANCES (via telephone):
12
    For the Plaintiff:     QUARLES & BRADY LLP
13                         BY:  MR. NOLAN J. MITCHELL
                           2020 K Street NW
14                         Suite 400
                           Washington DC 20006
15

16  For the Defendant:     BURKE, WARREN, MACKAY & SERRITELLA, PC
                           BY:  MR. IRA M. LEVIN
17                         330 North Wabash Avenue
                           Suite 2100
18                         Chicago, Illinois 606011

19
    Court Reporter:
20
              SANDRA M. TENNIS, CSR, RPR, RMR, FCRR
21                  Official Court Reporter
                 United States District Court
22           219 South Dearborn Street, Room 2260
                   Chicago, Illinois  60604
23              Telephone:  (312) 554-8244
              sandra_tennis@ilnd.uscourts.gov
24

25
```

1     (Proceedings had in open court:)
2            THE CLERK: Next case is Case Number 23 CV 2281,
3     Mercedes Benz, USA LLC versus JP Motors, Inc.
4            THE COURT: All right. Let's hear first from
5     plaintiff's counsel. Please identify yourself.
6            MR. MITCHELL: Good afternoon, your Honor. This is
7     Nolan Mitchell from Mercedes Benz.
8            THE COURT: All right.
9            MR. MITCHELL: (Unintelligible) if you like, or do
10    you want to do introductions, just let me know.
11           THE COURT: Actually, yeah, unless there is somebody
12    who is going to speak, there is no need to identify yourself
13    on the record. I just need the parties -- the speakers from
14    each side. If you want your name reflected on the transcript,
15    you should contact our court reporter, and she will put your
16    names on the transcript. But I think for expediency purposes,
17    we can just go with the people who are actually going to
18    speak.
19           Okay. And for defendants.
20           MR. LEVIN: Good afternoon, your Honor. This is Ira
21    Levin of Burke Warren on behalf of JP Motors, Inc. And just
22    so you know, Judge, we filed our additional appearance for JP
23    earlier today, and we also sent over a short objection in
24    writing, about four-and-a-half pages, for this rather
25    extensive motion that was filed less than 48 hours ago. It

1  sounds like you are on trial.  I'm not sure you would have had
2  a chance to see it yet.
3          THE COURT:  I have.
4          MR. LEVIN:  Oh, very good.
5          THE COURT:  So the record should show this is Judge
6  Rowland's case.  I'm the emergency judge this month, so I'm
7  here in my capacity as the emergency judge.
8          Judge Rowland is back in a position to decide this
9  motion on October 11th at 11:45.  You'd have to consult with
10 her chambers whether she'd want you in court or over the
11 phone, but she's unavailable to hear this motion right now or
12 until October 11th, which I believe is Tuesday -- no, it's
13 Wednesday, of next week, at 11:45.
14         So my first question is whether or not the parties
15 would agree to -- well, maybe I know it from the opposition
16 already, but is there any agreement, knowing how quickly Judge
17 Rowland can get to this, on entering and continuing the motion
18 and doing a standstill on any deadlines, contractual or
19 otherwise, that would run between now and October 11th?
20         First, the plaintiff?
21         MR. MITCHELL:  We have no objection to that.  All we
22 are seeking here is a brief time to allow Judge Rowland to
23 address these issues.
24         THE COURT:  All right.  And on behalf of defendant.
25         MR. LEVIN:  Yes, Ira Levin again, your Honor.  We do

1 have an objection. It's briefly set forth within the pleading
2 we just filed with the Court.
3       THE COURT: Okay. And I've read it. I have the
4 authority to adjust any statutory deadlines. And it's also
5 not as much authority, but there are cases that have extended
6 contractual deadlines, *Volvo vs. Truck Enterprises*, 2016
7 Westlaw 1479687, a Western Division Virginia case of April 4,
8 2016. And also *In Re Norview Builders*, 2019 Westlaw, 2297466,
9 a Northern District of Illinois case of 2019, which I believe
10 allows me to have the authority to basically impose an
11 injunction, if that's the right legal remedy that's being
12 requested.
13       What I'm really doing is putting a hard stop on all
14 deadlines in this case until Judge Rowland, who has
15 familiarity with the case, can address it on October 11th at
16 11:45. I fail to see the harm that would come to the
17 defendants with this brief stay or standstill. And I see some
18 harm accruing to the plaintiff, given the fact there is a
19 deadline, I believe, of October 9th. And that date will come
20 and go without Judge Rowland being able to address it. The
21 request to Judge Rowland was made on October 2nd, noting that
22 October 9th is a date that is apparently in the contract where
23 Mercedes has a right-of-first-refusal or right to come in and
24 make a bid on a sale that defendant wants to make.
25       The merits of this, I'm not taking a position on, nor

1 am I even in a position to be knowledgeable enough about this
2 case to know the merits of the underlying dispute.  But I do
3 believe there is no irreparable harm that would accrue to the
4 defendant by extending this briefly to October 11th at 11:45.
5       So I'm going to grant the relief of allowing -- of
6 basically staying this case.  And I want to read the exact
7 relief.  It's a motion for interim relief on or before
8 October 9th that's been filed by Mercedes.  I'm going to grant
9 that motion through October 11th at 11:45.  Judge Rowland may
10 very well say it's over and either put a new deadline in, may
11 say -- well, she can obviously deal with the case as she
12 wants.  There is a pending motion to dismiss before Judge
13 Rowland, which is why it's important that she be the one to
14 determine how the case ought to proceed going forward.  And I
15 see no harm to JP Motors by allowing any date that is set
16 forth in the contract they have with Mercedes to be stayed
17 until Judge Rowland can consider it.
18       Anything else by plaintiff?
19       MR. MITCHELL:  No.  Thank you, your Honor.
20       THE COURT:  Anything else by defendant?
21       MR. LEVIN:  No, Judge.  I understand your ruling.
22       THE COURT:  Okay.  I'm going to ask the plaintiff,
23 with reviewing it with defendants, to send over to my
24 courtroom deputy a brief minute order that would reflect the
25 ruling I just made.  But the ruling is as of right now.  The

1  minute order should reflect not all the reasons I gave for the
2  ruling but the -- something to indicate the actual relief that
3  I've given so that it's accurate --
4          MR. MITCHELL:  We understand, Judge.
5          THE COURT:  -- and then reviewed by both sides.
6          MR. LEVIN:  Your Honor?
7          THE COURT:  Yes.  Who is this?  Go ahead.
8          MR. LEVIN:  I'm sorry.  It's Ira Levin.  I'm sorry.
9  I just wanted to clarify.  So there was also other requests in
10 their motion, like to lift the stay, and other things.
11 That's -- this is more narrow than that, as I understand your
12 ruling?
13         THE COURT:  Absolutely.  This is just a, in effect, a
14 standstill as of this moment until you get before Judge
15 Rowland.  And the -- my understanding is the only thing that
16 would occur between now and when Judge Rowland can address
17 this is the passing of October 9th, where that would be a
18 deadline for Mercedes to act relating to the sale of JP -- JP
19 Motors is trying to accomplish.  Am I wrong on that?  Is there
20 more, or is that it?
21         MR. MITCHELL:  That is correct.
22         THE COURT:  Who is that?
23         MR. MITCHELL:  This is Nolan Mitchell for Mercedes
24 Benz.  But nothing will happen other than the expiration of
25 the deadline between now and that date.

1          THE COURT:  All right.  Defense counsel agrees.  And
2  that is really the limit of what I am talking about today.  Do
3  you agree with that?
4          MR. LEVIN:  Yeah I understand, Judge.  I do.
5          THE COURT:  All right.  Please submit an order to my
6  courtroom deputy, Kerwin Posley.  He's my substitute courtroom
7  deputy, but please submit it to him.
8          I think -- Kerwin, you get anything that goes to
9  Emily; right?  It gets forwarded to you?
10          THE CLERK:  Yes.
11          THE COURT:  All right.  Send it to my normal
12  courtroom deputy, it will be forwarded to Mr. Posley.  And as
13  long as this is an agreed order, I will enter it.  If there is
14  some language disagreement, note it in the face of the
15  order -- or the face of the proposed order, and I will resolve
16  the dispute.  All right.
17          MR. LEVIN:  Your Honor, this is Ira Levin.  I don't
18  know that you would know this, but you have this October 11th
19  at 11:45.  Should we just get in contact with Judge Rowland's
20  clerk in terms of in-person or the next steps with her?
21          THE COURT:  Yes.  Whether you do that tomorrow --
22  Monday is a court holiday.  Whether you do it tomorrow or
23  Tuesday, speak to her clerk, or probably the courtroom deputy,
24  and she'll tell you -- he or she will tell you whether she
25  wants you in court or just on the phone.

1       MR. LEVIN: Very good. Thank you.
2       THE COURT: Okay.
3       MR. MITCHELL: Thank you.
4       THE COURT: Thanks for coming on so quickly.
5  Bye-bye.
6     (Which were all the proceedings heard.)
7                    CERTIFICATE
8    I certify that the foregoing is a correct transcript from
9  the record of proceedings in the above-entitled matter.
10
11 /s/ *SANDRA M. TENNIS*_____        October 11, 2023
12 SANDRA M. TENNIS, CSR, RMR, FCRR
   Official Court Reporter